In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN BRIGHT LORD, as Executor, etc., of MARY DE SILVER LORD, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [134 Misc. 198.]

SAMUEL ALBERT, Doing Business, etc., Appellant, v. HENRY A. VOGT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH GERSEN, Respondent, v. ULYSSES S. ADLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Arbitration between OTTO B. SHULHOF, Respondent, and EITINGON SCHILD CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

PHILSON HOLDING CORPORATION, Respondent, v. BAYCHESTER MANOR, INC., Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

INDEPENDENCE INDEMNITY COMPANY, Respondent, v. ANNA G. WEIDMANN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAX SOLAR, Respondent, v. REALTY SURETIES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., dissents.

HERBERT SOLAR, an Infant, by MAX SOLAR, His Guardian ad Litem, Respondent, v. REALTY SURETIES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer. JJ.; Dowling, P. J., dissents.

BERTHA WORKIN, Respondent, v. MORRIS WORKIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY HELENA TOMPKINS, Individually, and Others, Respondents, v. THE CITY OF NEW YORK and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS S. LEBENTHAL and S. FISCHER LEBENTHAL, Copartners, etc., Respondents, v. LONDON AND LANCASHIRE INDEMNITY COMPANY OF AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID RUBENFELD, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell. Martin, O'Malley and Proskauer, JJ.

IDA FISCHER, Respondent, v. ARTHUR FISCHER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.